**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 26-247** |
| **DINO RAFAEL ROSSI** | : | |

**GOVERNMENT'S CHANGE OF PLEA MEMORANDUM**

## I. BACKGROUND

Defendant Dino Rafael Rossi is charged in an indictment with two counts of receipt of child pornography and one count of possession of child pornography. The defendant has notified the government through his counsel that he wishes to plead guilty to the indictment.

## II. APPLICABLE STATUTE AND ESSENTIAL ELEMENTS OF THE OFFENSE

To obtain a conviction for receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2), (b)(1), the government must prove the following elements beyond a reasonable doubt:

First: That the defendant knowingly received;

Second: Any child pornography, that is, any visual depiction that involved the use of a minor engaging in sexually explicit conduct;

Third: And that visual depiction is of such conduct; and

Fourth: That has been mailed, or shipped or transported in interstate or foreign commerce, by any means, including by computer.

18 U.S.C. § 2252(a)(2); *see United States v. Room*, 455 F.3d 990, 1001 (9th Cir. 2006).

To obtain a conviction for possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B), (b)(2), the government must prove each of the following elements beyond a

reasonable doubt:

First: The defendant knowingly possessed;

Second: Any visual depiction, the producing of which involved the use of a minor engaging in sexually explicit conduct;

Third: The visual depiction is of such conduct;

Fourth: The matter containing the visual depiction has been mailed or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or the matter was produced using materials which have been mailed or so shipped or transported, by any means including by computer; and

Fifth: At least one image depicts a prepubescent minor or minor under the age of 12 years.

18 U.S.C. § 2252(a)(4)(B), (b)(2); *see, e.g.*, *United States v. Galo*, 239 F.3d 572, 574-75 (3d Cir. 2001).

## III. MAXIMUM PENALTIES

For each of Counts One and Two, charging receipt of child pornography, the defendant faces a statutory maximum of 20 years' imprisonment, a mandatory minimum 5 years' imprisonment, a mandatory minimum 5 years up to a lifetime of supervised release, a $250,000 fine, a $100 special assessment, mandatory restitution of at least $3,000 per victim pursuant to Section 2259, an additional mandatory assessment of up to $35,000 pursuant to Section 2259A(a)(2), and an additional mandatory $5,000 assessment pursuant to 18 U.S.C. § 3014 if not found to be indigent.

For Count Three, charging possession of child pornography, the defendant faces a maximum sentence of 20 years' imprisonment, a mandatory minimum 5 years up to a lifetime of supervised release, a $250,000 fine, a $100 special assessment, mandatory restitution of at least $3,000 per victim pursuant to Section 2259, an additional mandatory assessment of up to

$17,000 pursuant to Section 2259A(a)(1), and an additional mandatory $5,000 special assessment pursuant to 18 U.S.C. § 3014 if not found to be indigent.

Thus, the defendant's total maximum penalty is 60 years' incarceration, with a mandatory minimum of 5 years' incarceration; 5 years up to a lifetime of supervised release; up to a $750,000 fine; a $300 special assessment; mandatory restitution of at least $3,000 per victim; a mandatory assessment of up to $87,000; and, if not found to be indigent, an additional mandatory $15,000 special assessment. Forfeiture may also be ordered.

## IV. FACTUAL BASIS FOR THE PLEA

If this case were to proceed to trial, the government would prove the following facts, among others, through witness testimony and exhibits. This memorandum sets forth only the essential facts that would need to be proved to establish the elements of the offenses charged.

During the course of another child exploitation investigation, law enforcement discovered Telegram messages sent between the defendant and Efrain Baez-Feliciano.[1] On April 21, 2023, at 8:37 a.m., Baez-Feliciano sent Rossi an image depicting a prepubescent female child with an adult male's erect penis rubbing against her vagina. The image had a watermark of "9yrs old sarap." The following messages were then exchanged:

| Sender | Message | Time |
|---|---|---|
| Rossi | Oooo | 0842 |
| Rossi | who dar | 0842 |
| Baez-Feliciano | No one just found it | 0842 |
| Rossi | Ooo | 0842 |
| Rossi | Its hot | 0842 |
| Baez-Feliciano | Yeah it is | 0843 |

[1] Baez-Feliciano has been charged federally with 22 counts of production of child pornography and one count of possession of child pornography. The case is docketed at 25-cr-450. Baez-Feliciano has pled guilty and is awaiting sentencing before the Honorable Jeffrey L. Schmehl, scheduled to take place on October 28, 2026.

| | | |
|---|---|---|
| Rossi | You should do that with [nickname of Minor Victim[2]] | 0852 |
| Baez-Feliciano | I do lol | 0854 |
| Baez-Feliciano | We have done that alot | 0855 |
| Baez-Feliciano | Might be doing some of it this weekend | 0921 |
| Rossi | Sheet | 0940 |
| Rossi | I wanna watch lol | 0940 |
| Rossi | Have you gone any further with her? | 0940 |
| Baez-Feliciano | Yeah got my pinky in her pussy and ass | 0957 |
| Rossi | Fuck yeah. | 1001 |
| Rossi | Has she tasted cum yet? | 1001 |
| Baez-Feliciano | Not yet I'm talking her into itn [sic] | 1012 |
| Baez-Feliciano | She always seems down just has to work up sometimes | 1013 |
| Rossi | Such a good girl | 1013 |
| Rossi | Her tits are coming in, right? | 1013 |
| Baez-Feliciano | Omfg they are amazing | 1017 |
| Baez-Feliciano | Sometimes I just have her lay around topless and stare lol | 1019 |
| Rossi | Fuuuck I wanna see lol | 1033 |
| Baez-Feliciano | You would have pics if you downloaded my phone that you had for like 3 months lol | 1035 |
| Rossi | Lmao I did. Shes still flat in all of them lol | 1035 |
| Baez-Feliciano | Oh lol | 1036 |
| Baez-Feliciano | I haven't gotten anything good from you in awhile | 1036 |
| Rossi | I aint got much tbh | 1037 |

Two days later, on April 23, 2023, at 9:14 a.m., Baez-Feliciano sent Rossi another image via Telegram, which depicted multiple prepubescent children, aged approximately 8 to 10 years old, laying nude on a bed. One boy had his penis exposed and one girl had her vagina exposed. Rossi responded to this message at 9:50 a.m. with "Niice."

On December 3, 2025, law enforcement executed a search warrant at Rossi's residence in Berks County and numerous electronic devices were seized. Ten of those devices were found to contain child sexual abuse material ("CSAM").[3] Each device is identified below:

[2] Minor Victim ("MV") is a young female family member of Baez-Feliciano. She was 12 years old at the time the above Telegram conversation took place.

[3] One additional device contained child erotica material.

| Device | CSAM[4] | CSAM w/ MVI | Child Erotica | Example |
|---|---|---|---|---|
| HP Pavilion dv4 Laptop (found in shed) (s/n CND00939VD) | 85 images; 2 videos | 7 images | 1096 images; 1 video | CSAM: 8 minute, 45 second video depicting a pre-pubescent female masturbating<br>CSAM w/ MV: Image depicting MV kneeling naked on her bed with her buttocks and vagina visible |
| Samsung Galaxy S24+ (s/n R5CWC30M08Y) | 15 images, 3 videos | 17 images | 63 images, 6 videos | CSAM: 44 second video depicting a pre-pubescent child approximately 5-7 years old with her anus and vagina exposed; an adult male engages in vaginal intercourse with the child and ejaculates onto and into the child's vagina<br>CSAM w/ MV: image depicting MV, naked, performing oral sex on Baez-Feliciano in a bathroom |
| High Speed 8GB Hama SD card | 23 images | N/A | 366 images | CSAM: image recovered from a deleted folder depicting a nude pre-pubescent girl, approximately 4-5 years old, with her vagina exposed and semen on her vagina and stomach |
| MicroSD card 8GB | 10 images | 14 images | 135 images | CSAM: compilation of two images—first image depicts a pre-pubescent girl kneeling and exposing her anus and vagina; second image shows a pre-pubescent girl, naked from the waist down, with a finger inserted into her vagina<br>CSAM w/ MV: image depicting 8-year-old MV laying on her bed with Baez-Feliciano's penis near her mouth; MV is licking the tip of his penis |
| PNY Thumb Drive 128GB | 1,374 images; 22 videos | 32 images | 1,592 images; 2 videos | CSAM: image depicting a toddler bent over with an adult male penis in the toddler's anus; the toddler's vagina is exposed. |

[4] All numbers in this chart represent the number of unique images per device; duplicates on the same device have been excluded.

| | | | | |
|---|---|---|---|---|
| | | | | CSAM w/ MV: image depicting 9-year-old MV stimulating Baez-Feliciano's penis with her right hand; MV is naked |
| PNY Thumb Drive 128GB | 1,729 images; 2,007 videos | 272 images; 61 videos | 1,592 images; 4 videos | CSAM: 19 second video depicting a nude pre-pubescent girl approximately 8 to 10 years old engaging in intercourse with an adult male<br>CSAM w/ MV: 2 minute, 5 second video in which 7-year-old MV is seen stimulating Baez-Feliciano's penis, then he places his erect penis in her mouth before exposing and caressing MV's vagina |
| Seagate USB HDD | 7 images; 2 videos | N/A | 90 images; 6 videos | CSAM: compilation video depicting various minors engaging in sex acts with adults; at 3:35, there is an adult male performing anal sex on an infant |
| Samsung Galaxy S7 (s/n 8E0AEC00) | 65 images; 3 videos | 10 images | 19 images; 6 videos | CSAM: 11 minute, 4 second video depicting a pre-pubescent girl approximately 9 to 11 years old; she enters a car, exposes her vagina, and beings to masturbate<br>CSAM w/ MV: image depicting MV naked on her back holding Baez-Feliciano's penis |
| Toshiba Satellite A505-56033 Laptop (found in shed) (s/n 5A619038Q) | 6 images | 27 images | 168 images; 2 videos | CSAM: image depicting a nude girl, approximately 6-7 year old, laying on her back while having vaginal intercourse with an adult male<br>CSAM w/ MV: image depicting 8-year-old MV performing oral sex on Baez-Feliciano |
| Asus GU603 Laptop (s/n R6NRKD029286238) | 1,287 images | 234 images | 1,761 images | CSAM: image depicting female child approximate 7-8 years old wearing purple bondage equipment while laying on her back with her anus and vagina exposed<br>CSAM w/ MV: image of MV using her right hand to stimulate Baez-Feliciano's penis; MV's pants are pulled down, exposing her vagina |

In total, over all devices, none of which were manufactured in the United States, law enforcement identified 2,135 CSAM files depicting MV (408 unique files); 664 child erotica

files depicting MV (120 unique files); 8,266 CSAM files with unidentified victims (2,070 unique files); 15,267 child erotica files (4,184 unique files); and 8 CGI CSAM files (3 unique files).

During an interview with law enforcement at the time the search warrant was executed, the defendant denied having a sexual interest in children, but admitted that he was aware of Baez-Feliciano's sexual interest in children and that he often discussed that interest with Baez-Feliciano. Further, he admitted that Baez-Feliciano sent him pictures depicting child pornography and that he was aware Baez-Feliciano was taking naked photographs of her. The defendant also admitted that, on at least two occasions, he participated in FaceTime calls with Baez-Feliciano during which he would observe MV nude or topless. Rossi also told law enforcement that, after Baez-Feliciano's arrest he "did a deep dive" to try to delete material from his electronic devices, including pornographic material that he and Baez-Feliciano traded back and forth, so as to conceal the evidence from law enforcement and evade prosecution.

## V. PLEA AGREEMENT

The parties have executed a plea agreement, that will be presented to the Court during a hearing regarding entry of the guilty plea. The agreement includes a supplement to be filed under seal.

## VI. <u>CONCLUSION</u>

The government requests that the Court conduct a hearing under Federal Rule of Criminal Procedure 11 and if warranted then accept the defendant's plea of guilty.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Rebecca J. Kulik*
REBECCA J. KULIK
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this Change of Plea Memorandum has been served by email on:

Robert Patterson, Esquire
Counsel for Defendant
Rcplaw434@gmail.com

*/s/ Rebecca J. Kulik*
REBECCA J. KULIK
Assistant United States Attorney

DATED: September 30, 2026